IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-2-GCM

| | |
|---|---|
| **DAVID WHITE,** )<br> Plaintiff, )<br>v. ) **ORDER**<br> )<br>**TIRE CENTERS, LLC,** )<br> Defendant. )<br> ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles E. McDonald,** filed March 19, 2013 [doc.# 20].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. McDonald is admitted to appear before this court *pro hac vice* on behalf of defendant Tire Centers, LLC.

**IT IS SO ORDERED.**

Signed: March 21, 2013

Graham C. Mullen
United States District Judge