# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:13-CV-2-GCM

| | |
|---|---|
| DAVID WHITE, Plaintiff, v. TIRE CENTERS, LLC, Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles E. McDonald,** filed March 19, 2013 [doc.# 20].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. McDonald is admitted to appear before this court *pro hac vice* on behalf of defendant Tire Centers, LLC.

**IT IS SO ORDERED.**

Signed: March 21, 2013

Graham C. Mullen
United States District Judge